**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>            Plaintiff,<br>vs.<br>Samuel Medina-Meraz,<br>            Defendant. | MAGISTRATE No: 07-03064M<br><br>**Order** |

The Court has reviewed Defendant's Motion to Extend Time to Indict (docket #5) and the Government's Response (docket #6). The Court's docket reflects the Defendant was indicted on March 6, 2007 under Criminal Case Number CR 07-251-PHX-MHM..

**IT IS ORDERED denying as moot** Defendant's Motion to Extend Time to Indict (docket #5).

DATED this 7th day of March, 2007.

_____
Lawrence O. Anderson
United States Magistrate Judge